In the Matter of BERNORA REALTY CORPORATION, Appellant, v. TAX COMMISSION OF THE CITY OF NEW YORK, Respondent.—

Munder, Acting P. J.,
Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.